MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for plaintiff U.S. Bank National Association, Successor Trustee to Wachovia Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRIDGE HEIGHTS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:  2:16-cv-00899-GMN-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff U.S. Bank, National Association, Successor Trustee to Wachovia Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust (**U.S. Bank**), by and through its attorneys of record, provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  U.S. Bank requests Mr. Clark be removed from the CM/ECF service list.

{38892922;1}                                                          1

Akerman LLP will continue to represent U.S. Bank and requests Melanie D. Morgan, Esq. and Tenesa S. Scaturro, Esq. receive all future notices.

Respectfully submitted, this the 14th day of September, 2016.

**AKERMAN LLP**

/s/  *Tenesa S. Scaturro, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff U.S. Bank National Association, Successor Trustee to Wachovia Bank, National Association, as Trustee for the Holders of the Banc of America Funding Corporation 2004-B Trust*

IT IS SO ORDERED this 19th day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

{38892922;1}

2

# CERTIFICATE OF SERVICE

I certify on the 14th day of September, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

Christopher V. Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorney for Nevada Association Services, Inc.*

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145

*Attorney for Sunridge Heights Homeowners Association*

                        /s/ *Nick Mangels*
                        An employee of AKERMAN LLP