DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST,<br><br>Plaintiff,<br>vs.<br><br>SUNRIDGE HEIGHTS HOMEOWNERS ASSOCIATION NO. 1; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.;<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST; and SUZIE NGUYEN SU, an individual,<br><br>Counter/Cross Defendants. | Case No. Case No. 2:16-cv-00899-GMN-PAL<br><br>**ORDER GRANTING MOTION TO LIFT STAY FOR LIMITED PURPOSE OF SERVING CROSS-DEFENDANT SUZIE NGUYEN SU**<br><br>-and-<br><br>**ORDER GRANTING MOTION TO SERVE SUZIE NGUYEN SU BY PUBLICATION**<br><br>-and-<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

1
2
3  Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim,
4  and Cross-Claim has been filed; that a Summons directed to Cross-Defendants SUZIE NGUYEN
5  SU ("Su") has been issued [ECF No. 27]; that Cross-Defendant Su is a necessary party; and that
6  Cross-Defendant Su cannot be found to be personally served in the State of Nevada, and good
7  cause appearing therefore,
8  **IT IS HEREBY ORDERED** that the stay entered on September 27, 2016 is lifted for the
9  limited purpose of effectuating service on Cross-Defendant Su who is a necessary party to this
10 action.
11 **IT IS FURTHERED ORDERED** that since the Cross-Defendant Su, cannot now be
12 found so as to be personally served, they may be served by publication of the Summons at least
13 once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation,
14 pursuant to FRCP 4(e)(1) and NRCP 4(e)(1).
15 **IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim,
16 and Cross-Claim shall be mailed forthwith to Cross-Defendant Su, first class mail, postage prepaid,
17 addressed to the Cross-Defendant's last known address.
18 **IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED
19 and the time for service is extended by an additional 60 days from the date of this order is entered
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

///

///

to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

      Dated this 17th day of January, 2017.

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*