MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
        jamie.combs@akerman.com

*Attorneys for U.S. Bank National Association, Successor Trustee to Wachovia Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRIDGE HEIGHTS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00899-GMN-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO REPLY SUPPORTING MOTION TO PARTIALLY LIFT STAY [ECF NO. 44]** <br><br> **FIRST REQUEST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE OF THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST; and SUZIE NGUYEN SU, an INDIVIDUAL, <br><br> Counter/Cross-Defendant. | |

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

1    U.S. Bank, National Association, Successor Trustee to Wachovia Bank, N.A., as Trustee for

2    the Holders of Banc of America Funding Corporation 2004-B Trust and SFR Investments Pool 1,

3    LLC respectfully submit the following stipulation to allow U.S. Bank seven additional days to reply

4    supporting its motion to partially lift stay, ECF No. 44:

5    U.S. Bank filed its motion to partially lift stay on November 7, 2017.  (ECF No. 44.)  SFR

6    filed (**1**) an opposition, (**2**) a counter-motion for "complete lift of stay pending reoslution of certified

7    question," and (**3**) an alternative counter-motion "to allow case to proceed without restriction" on

8    November 21, 2017.  (ECF Nos. 45, 46, 47.)  U.S. Bank's deadline to reply supporting its motion to

9    partially lift stay is November 28, 2017, but its deadline to oppose SFR's counter-motions is

10   December 5, 2017.  L.R. 7-2(d).

11   The parties stipulate to extending U.S. Bank's reply deadline by seven days, to December 5,

12   2017, to allow U.S. Bank additional time to prepare its reply in light of the intervening Thanksgiving

13   holiday and to coordindate its reply deadline with its deadline to oppose SFR's two counter-motions.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

This is U.S. Bank's first request for an extension, and is not made to cause delay or prejudice to any party.

Dated this the 22nd day of November, 2017.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant U.S. Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

Dated this the 22nd day of November, 2017.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this __6__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

43453115;1