1   MELANIE D. MORGAN, ESQ.
    Nevada Bar No. 8215
2   JAMIE K. COMBS, ESQ.
    Nevada Bar No. 13088
3   AKERMAN LLP
    1160 Town Center Drive, Suite 330
4   Las Vegas, NV 89144
    Telephone: (702) 634-5000
5   Facsimile: (702) 380-8572
    Email: melanie.morgan@akerman.com
6           jamie.combs@akerman.com

7   *Attorneys for U.S. Bank National
    Association, Successor Trustee to Wachovia*
8   *Bank, National Association, as Trustee for*
    *the Holders of Banc of America Funding*
9   *Corporation 2004-B Trust*

10                          **UNITED STATES DISTRICT COURT**

11                              **DISTRICT OF NEVADA**

12  U.S. BANK, NATIONAL ASSOCIATION,          Case No.: 2:16-cv-00899-GMN-PAL
    SUCCESSOR TRUSTEE TO WACHOVIA
13  BANK, NATIONAL ASSOCIATION, AS
    TRUSTEE FOR THE HOLDERS OF BANC OF        **STIPULATION AND ORDER TO**
14  AMERICA FUNDING CORPORATION 2004-         **EXTEND TIME TO (1) OPPOSE**
    B TRUST,                                  **COUNTER-MOTION FOR COMPLETE**
15                                            **STAY OF LITIGATION PENDING**
                                              **RESOLUTION OF CERTIFIED**
16                Plaintiff,                  **QUESTION [ECF NO. 47] (FIRST**
                                              **REQUEST); (2) ALTERNATIVE**
17  vs.                                       **COUNTER-MOTION TO ALLOW CASE**
                                              **TO PROCEED WITHOUT**
18  SUNRIDGE      HEIGHTS     HOMEOWNERS      **RESTRICTION [ECF NO. 48] (FIRST**
    ASSOCIATION; SFR INVESTMENTS POOL         **REQUEST); AND (3) REPLY**
19  1, LLC; and NEVADA ASSOCIATION            **SUPPORTING MOTION TO**
    SERVICES, INC.,                           **PARTIALLY LIFT STAY [ECF NO. 44]**
20                                            **(SECOND REQUEST)**
                  Defendants.
21  SFR INVESTMENTS POOL 1, LLC, a Nevada
    limited liability company,
22
                  Counter/Cross-Claimant,
23
    vs.
24
    U.S. BANK, NATIONAL ASSOCIATION,
25  SUCCESSOR TRUSTEE TO WACHOVIA
    BANK, N.A., AS TRUSTEE OF THE
26  HOLDERS OF BANC OF AMERICA
    FUNDING CORPORATION 2004-B TRUST;
27  and SUZIE NGUYEN SU, an INDIVIDUAL,

28                Counter/Cross-Defendant.

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43535515;1                          1

AKERMAN LLP

1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA, 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    U.S. Bank, National Association, Successor Trustee to Wachovia Bank, N.A., as Trustee for

2    the Holders of Banc of America Funding Corporation 2004-B Trust and SFR Investments Pool 1,

3    LLC respectfully submit the following stipulation to allow U.S. Bank seven additional days to (**1**)

4    oppose SFR's counter-motion for complete stay of litigation pending resolution of certified question,

5    ECF No. 47, (**2**) oppose SFR Investments Pool 1, LLC's alternative counter-motion to allow case to

6    proceed without restriction, ECF No. 48, and (**3**) reply supporting its motion to partially lift stay,

7    ECF No. 44.

8    U.S. Bank filed its motion to partially lift stay on November 7, 2017.  (ECF No. 44.)  SFR

9    filed (**1**) an opposition, (**2**) a counter-motion for "complete lift of stay pending resolution of certified

10   question," and (**3**) an alternative counter-motion "to allow case to proceed without restriction" on

11   November 21, 2017.  (ECF Nos. 45, 46, 47.)  U.S. Bank's deadline to reply supporting its motion

12   and oppose SFR's two counter-motions is December 5, 2017.  L.R. 7-2(d); ECF No. 50.

13   The parties stipulate to extending U.S. Bank's opposition and reply deadlines by seven days,

14   from December 5, 2017 to December 12, 2017, to allow U.S. Bank additional time to prepare its

15   briefing.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

43535515;1

This is U.S. Bank's first request to extend its opposition briefing deadlines and second request to extend its reply briefing deadline. U.S. Bank does not make its request to cause delay or prejudice to any party.

Dated this the 5th day of December, 2017.

**AKERMAN LLP**


 */s/ Jamie K. Combs, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant U.S. Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

Dated this the 5th day of December, 2017.

**KIM GILBERT EBRON**


 */s/ Diana S. Ebron, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this __6__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43535515;1