MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for U.S. Bank National Association, Successor Trustee to Wachovia Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST,<br><br>Plaintiff,<br>vs.<br><br>SUNRIDGE HEIGHTS HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00899-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 72, 73, 74]** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE OF THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST; and SUZIE NGUYEN SU, an INDIVIDUAL,<br><br>Counter/Cross-Defendant. | |

1

47024797;1

Plaintiff and counter-defendant U.S. Bank, National Association, Successor Trustee to Wachovia Bank, N.A., as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust, defendant Sunridge Heights Homeowners Association, and defendant and counterclaimant SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow all parties fourteen additional days to oppose (**1**) Sunridge's motion for summary judgment, ECF No. 72, (**2**) U.S. Bank's motion for partial summary judgment, ECF No. 73, and (**3**) SFR's motion for summary judgment, ECF No. 74.

Sunridge filed its motion for summary judgment on November 6, 2018. (ECF No. 72.) U.S. Bank's opposition is due November 27, 2018.

U.S. Bank filed its motion for partial summary judgment on November 9, 2018. (ECF No. 73.) Sunridge and SFR's oppositions are due November 30, 2018.

SFR filed its motion for summary judgment on November 9, 2018. (ECF No. 74.) U.S. Bank's opposition is due November 30, 2018.

U.S. Bank, Sunridge and SFR stipulate U.S. Bank shall have up to, through and including **December 11, 2018** to oppose Sunridge's motion for summary judgment, ECF No. 72. U.S. Bank, Sunridge and SFR stipulate Sunridge and SFR shall have up to, through and including **December 14, 2018** to oppose U.S. Bank's motion for partial summary judgment, ECF No. 73. U.S. Bank, Sunridge and SFR stipulate U.S. Bank shall have up to, through and including **December 14, 2018** to oppose SFR's motion for summary judgment, ECF No. 74.

U.S. Bank, Sunridge, and SFR further stipulate that all parties shall have up through and including **January 4, 2019,** to file any replies.

///
///
///
///
///
///
///
///

AKERMAN LLP
1635 Village Center Cir. Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47024797;1

The parties make this stipulation to extend the briefing deadlines beyond the Thanksgiving holiday and to allow all parties additional time to prepare their briefing. This stipulation is not made to cause delay or prejudice to any party.

Dated this the _21st_ day of November, 2018.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Cir., Suite 200
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant U.S. Bank, National Association, as Trustee for the Holders of Banc of America Funding Corporation 2004-B Trust*

Dated this the _21st_ day of November, 2018.

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

Dated this the _21st_ day of November, 2018.

**BOYACK ORME & ANTHONY**

 */s/ Colli C. McKiever*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Ave.
Las Vegas, Nevada 89117

*Attorneys for defendant Sunridge Heights Homeowners Association*

**IT IS SO ORDERED.**

Dated this __26__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

47024797;1