Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUNRIDGE HEIGHTS HOMEOWNERS ASSOCIATION NO. 1; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                    Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST; and SUZIE NGUYEN SU, an individual, | Case No. 2:16-cv-00899-GMN-BNW<br><br>**SUBSTITUTION OF COUNSEL** |

- 1 -

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January, 2022.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin*

*Its: Manager*

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

      The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter beginning February 1, 2022.

      DATED this 28th day of January 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:39 am, February 01, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2022, and pursuant to Federal Rule of Civil Procedure, I filed the foregoing, **SUBSTITUTION OF COUNSEL** which shall be served via electronic service CM/ECF to:

| | |
|---|---|
| Jamie K. Combs<br>Melanie D. Morgan<br>Ariel E. Stern<br>Natalie L. Winslow<br>Tenesa S Powell<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: jamie.combs@akerman.com<br>Email: melanie.morgan@akerman.com<br>Email: ariel.stern@akerman.com<br>Email: natalie.winslow@akerman.com<br>Email: tenesa.scaturro@akerman.com<br>*Counsel for U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2004-B TRUST* | Christopher V. Yergensen<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>Email: chris@nas-inc.com<br>*Counsel for Nevada Association Services, Inc.*<br><br>Colli Christine McKeiver<br>Edward D Boyack<br>Boyack Orme & Taylor<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV  89117<br>Email: Colli@Boyacklaw.com<br>Email: ted@boyacklaw.com<br>*Counsel for Nevada Association Services, Inc.* |

    */s/ Candi Fay*
    An employee of HANKS LAW GROUP